UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-2263 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 25, 2026, Order, Plaintiff Democracy Forward Foundation and Defendants U.S. Citizenship and Immigration Services, Department of Homeland Security, and Department of Justice (collectively, the "Parties"), by and through undersigned counsel, respectfully submit the Parties' first joint status report.

This case concerns Plaintiffs' nine Freedom of Information Act ("FOIA") requests. *See* Compl. (ECF No. 1). The FOIA requests sent to the Department of Homeland Security were sent to U.S. Citizenship and Immigration Services ("USCIS"). The FOIA requests sent to the Department of Justice were sent to The Office of Information Policy ("OIP"), Civil Division ("CIV"), and Executive Office of U.S. Attorneys ("EOUSA").

The status of Plaintiff's FOIA requests is as follows.

## I. Processing of Plaintiff's FOIA Requests

1. OIP is currently in the process of conducting an initial electronic keyword search and anticipates providing an update on the status of that search in the next Joint Status Report. Once the search is completed and OIP has an opportunity to evaluate the initial search results, OIP

will provide an estimated timeline for initial responsiveness review and deduplication of the material based on the volume returned.

2. CIV can report that it seeks Plaintiff's clarification regarding the scope of Plaintiff's FOIA requests and is providing more information via counsel. CIV is still in the process of completing its search. It does not yet have a page count at this time.

3. USCIS reports that searches are ongoing and therefore no page count can be provided at this time.

4. EOUSA reports that EOUSA has completed its search for responsive records. The search for communications sent via social media produced no responsive records. The search for records sent from the email box(es) belonging to the Director of EOUSA has been completed. EOUSA has begun the review of these records and anticipates completing its review by December 1, 2026.

5. Plaintiff is willing to confer with Defendants about their searches and may consider narrowing measures in an effort to avoid an extended production schedule. Plaintiff has requested that Defendants substantially complete its searches before the parties' next report so that the parties may confer regarding a processing schedule.

## II. Additional Initial FOIA Matters

At this time, Defendants do not seek or plan to seek a stay of proceedings pursuant to 5 U.S.C. § 552(a)(6)(C), and *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Defendants reserve the right to request such a stay at a later time.

The Parties are engaged in discussions regarding Defendants' responses to Plaintiff's FOIA requests. Considering that the Parties' discussions continue, the Parties do not at this time propose a briefing schedule on any motions.

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report on October 8, 2026, updating the Court on the status of the processing of Plaintiffs' FOIA requests.

Dated: September 8, 2026
Washington, D.C.

By: */s/ Anisha N. Hindocha*
Anisha N. Hindocha
(Bar No. 1725159)
Daniel A. McGrath
(Bar No. 1531723)
Ronald A. Fein
(Bar No. 90026641)
Robin F. Thurston
(Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *Amanda L. Torres*
Amanda Torres, D.C. Bar # 1562702
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2507
Amanda.torres@usdoj.gov

*Attorneys for the United States of America*