UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

Civil Action No. 26-2263 (APM)

**JOINT STATUS REPORT**

Pursuant to the Court's September 9, 2026, Order, Plaintiff Democracy Forward Foundation and Defendants U.S. Citizenship and Immigration Services, Department of Homeland Security, and Department of Justice (collectively, the "Parties"), by and through undersigned counsel, respectfully submit the Parties' first joint status report.

This case concerns Plaintiffs' nine Freedom of Information Act ("FOIA") requests. *See* Compl. (ECF No. 1). The FOIA requests sent to the Department of Homeland Security were sent to U.S. Citizenship and Immigration Services ("USCIS"). The FOIA requests sent to the Department of Justice were sent to The Office of Information Policy ("OIP"), Civil Division ("CIV"), and Executive Office of U.S. Attorneys ("EOUSA").

The status of Plaintiff's FOIA requests is as follows.

OIP: OIP's initial electronic keyword search remains ongoing, with an estimated completion in early November. Once the search is completed and OIP has an opportunity to evaluate the initial search results, OIP will provide an estimated timeline for initial responsiveness review and deduplication of the material based on the volume returned. OIP notes that it recently

transitioned to a new e-discovery software and while OIP's attorneys learn to navigate this new software, responsiveness and deduplication review may take longer than it had in the past.

CIV: CIV reports that it is continuing to engage via counsel with Plaintiff regarding the scope of Plaintiff's FOIA requests, and the parties have had productive conversations since the last status report. CIV is still in the process of completing its search. It does not yet have a page count at this time.

USCIS reports that searches are ongoing and therefore no page count can be provided at this time.

EOUSA reports that it has completed its initial search for responsive records and is in the process of ingesting the records into its electronic review system. EOUSA anticipates its remote review to continue through November.

**Plaintiff's Statement:**

Plaintiff notes its concern about the lack of progress in this matter. Despite the Court's August 25, 2026 Order requiring the parties' September 8, 2026 joint status report to include, among other items, "the anticipated number of documents responsive to Plaintiff's FOIA request[s]," no component has provided an estimated volume of responsive documents, and OIP, CIV, and USCIS have yet to complete their searches. Plaintiff remains willing to confer with Defendants about their searches and may consider narrowing measures in an effort to avoid an extended production schedule. Plaintiff has again requested that Defendants substantially complete its searches before the parties' next report so that the parties may confer regarding a processing schedule.

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in 31 days, on November 8, 2026, updating the Court on the status of the processing of Plaintiffs' FOIA requests.

Dated: October 8, 2026
Washington, D.C.

By: */s/ Anisha N. Hindocha*
Anisha N. Hindocha
(Bar No. 1725159)
Daniel A. McGrath
(Bar No. 1531723)
Ronald A. Fein
(Bar No. 90026641)
Robin F. Thurston
(Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *Amanda L. Torres*
Amanda Torres, D.C. Bar # 1562702
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2507
Amanda.torres@usdoj.gov

*Attorneys for the United States of America*