UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-2263 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 9, 2026, Order, Plaintiff Democracy Forward Foundation and Defendants U.S. Citizenship and Immigration Services, Department of Homeland Security, and Department of Justice (collectively, the "Parties"), by and through undersigned counsel, respectfully submit the Parties' first joint status report.

This case concerns Plaintiffs' nine Freedom of Information Act ("FOIA") requests. *See* Compl. (ECF No. 1). The FOIA requests sent to the Department of Homeland Security were sent to U.S. Citizenship and Immigration Services ("USCIS"). The FOIA requests sent to the Department of Justice were sent to The Office of Information Policy ("OIP"), Civil Division ("CIV"), and Executive Office of U.S. Attorneys ("EOUSA").

The status of Plaintiff's FOIA requests is as follows.

OIP: OIP reports that it has completed its initial electronic keyword search and is currently conducting an initial responsiveness review and deduplication of the search results returned. OIP anticipates completing this initial responsiveness review by December 8, 2026, after which it will

likely confer with Plaintiff regarding scoping proposals and provide an estimated timeline for processing of potentially responsive material identified.

CIV: CIV reports that it has received its electronic search results pursuant to Plaintiff's proposed narrowing and has begun initial processing of these results. As CIV proceeds with this initial processing, CIV will endeavor to identify opportunities for further narrowing with the Plaintiff.

USCIS: USCIS reports that its FOIA processor is on leave until November 11, 2026, thus the Agency is not able to provide further detail in this status report. However, USCIS is still working on the search for COW2026005268. The remaining searches have been completed. The parties are conferring regarding USCIS's search for documents responsive to request COW2026005268.

EOUSA: EOUSA has finished its search, has the documents in the review system and has begun the process of reviewing the record for relevancy and redactions.

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in 30 days on December 9, 2026, updating the Court on the status of the processing of Plaintiffs' FOIA requests.

Dated: November 9, 2026
Washington, D.C.

Respectfully submitted,

By: */s/ Anisha N. Hindocha*
Anisha N. Hindocha
(Bar No. 1725159)
Daniel A. McGrath
(Bar No. 1531723)
Ronald A. Fein
(Bar No. 90026641)
Robin F. Thurston
(Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

JEANINE FERRIS PIRRO
United States Attorney

By: *Amanda L. Torres*
Amanda Torres, D.C. Bar # 1562702
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2507
Amanda.torres@usdoj.gov

*Attorneys for the United States of America*

(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*